**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

TRACY LAND DAVIS
ADC #106685                                                                                              PLAINTIFF

V.                                              2:15CV00029 JM/JTR

MERLIN FITZPATRICK, Lieutenant,
Cummins Unit, ADC, et al.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED 9th day of April, 2015.

_____
James M. Moody Jr.
United States District Judge